Argued and submitted December 13, reversed and remanded for reconsideration December 26, 1985

ADAMSON,
*Petitioner,*

*v.*

EMPLOYMENT DIVISION et al,
*Respondents.*

(85-AB-161; A35159)

710 P2d 164

Gilbert B. Campbell, Albany, argued the cause and filed the brief for petitioner.

Philip Schradle, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Victoria Rudometkin, Certified Law Student, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

**PER CURIAM**

Reversed and remanded for reconsideration. *See, e.g., Alston v. Employment Division,* 67 Or App 59, 676 P2d 940 (1984). *Steinkellner v. Employment Division,* 67 Or App 50, 676 P2d 941 (1984).